**UNITED STATES BANKRUPTCY COURT**
**District of Massachusetts**

IN THE MATTER OF:                              CASE NUMBER: 20-40349-EDK

TINA M KRAMER                                  CHAPTER 13

## CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

David A. Mawhinney, Chapter 13 Trustee moves the court to dismiss the above case because of the failure of the debtor(s) to comply with the plan.

1. The plan is confirmed.

2. The debtor(s) is (are) in arrears according to the terms of the plan in the amount of $1,600.00 which is 4 payments. Failure to make timely payments to the Trustee is a material default by the debtor with respect to a term of the plan and is grounds for dismissal pursuant to 11 U.S.C. § 1307(c).

The debtor(s) is(are) hereby notified that if a written response is not filed by the debtor(s) with the Court within twenty-one (21) days of the date of this motion, the Court may rule on this motion without further notice. 11 U.S.C. § 102(1)(B).

Dated: February 6, 2023                        /s/ Joanne Psilos
                                               Office of Chapter 13 Trustee
                                               BBO#556997
                                               PO Box 964, Worcester MA 01613
                                               508-791-3300
                                               davidmawhinney@ch13worc.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion to Dismiss was served on the debtor(s) and the attorney for the debtor(s) via first class mail and/or electronically.

                                               /s/ Joanne Psilos

Copy served on:

Debtor(s)
TINA M KRAMER
26 PINE STREET
MEDWAY, MA 02053

Attorney for Debtor(s)
ROBERT W. KOVACS, JR., ESQ.
KOVACS LAW, P.C.
131 LINCOLN STREET
WORCESTER, MA 01605-2408